# Minerco Acquires $2.5M of Revenue from White Label CBD Company, WLCCO Inc

## Minerco completes purchase of WLCCO Inc and increases psilocybin production capacity

### March 14, 2021 6:38 PM EDT | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Oakland, California--(Newsfile Corp. - March 14, 2021) - Minerco (OTC Pink: MINE) announced today that they have acquired WLCCO Inc, a white label CBD company that generates approximately $2.5 million in annual revenue. This strategic purchase includes crucial equipment, increasing microdosed psilocybin tablet production capacity by 1 million units daily. In markets where psilocybin is not legal, Minerco will manufacture unleaded medical mushrooms including Chaga and Lion Mane as legal alternatives.

Minerco leadership announced the company's four critical goals at the Sankofa Shareholder and Vision Summit held on January 24, 2021:

- Retire Debt
- Acquire the equipment necessary to manufacture 1 million micro dots daily
- Launch anticipated blockchain token SHRU
- Acquire a U.S. location to maximize operations both domestically and globally

On February 16, 2021, the company announced a full settlement of debt to EROP capital. As of March 1, 2021, the company successfully launched their Blockchain token SHRU and payment application SHRUCOIN Pay. With the acquisition of WLCCO, Minerco leadership can now say that they have achieved three out of the four goals laid at the Summit with the acquisition of WLCCO.

The company is optimistic about these business developments. In light of this, Minerco CEO Julius Jenge released the following statement:

"Increasing the company's microdosed psilocybin tablet production capacity was a crucial goal to prepare the company for success as legal markets expand in the United States. We are fully prepared for the bright future of this newly legal industry and feel confident in the firm's ability to meet growing demand."

About Minerco Inc.

Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The Blockchain token SHRU can be used for purchases relating to psilocybin and cannabis. SHRU can be purchased at www.shrucoin.com (https://www.newsfilecorp.com/redirect/k1rJU5rJY? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTE=). Consumers can also utilize the SHRUCOIN Pay app by visiting www.shrucoinpay.com (https://www.newsfilecorp.com/redirect/B810UMD8p? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTE=) . To learn more about Minerco, Inc. visit them at www.minercoinc.com (https://www.newsfilecorp.com/redirect/5gYQCQnK3? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTE=). To research Minerco, Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com

6/5/24, 1:05 PM
Minerco Acquires $2.5M of Revenue from White Label CBD Company, WLCCO Inc
Case 1:24-cv-01996-TNM   Document 1-1   Filed 07/10/24   Page 2 of 55

(https://www.newsfilecorp.com/redirect/LzJ4uJ4XZ?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9jby1JbmMvJnPTE=) **and search under the ticker MINE.**

**Follow us on twitter**
**@minercoinc**

**Investor relations**
**miners@minercoinc.com** (mailto:miners@minercoinc.com)

**About WLCCO**

**White Label CBD Co (WLCCO Inc) is a seed to shelf full-service private label manufacturer of industrial hemp CBD products with over 10 years industry experience and produced in a cGMP facility. Their trusted source of raw products out of Lexington, KY extracts over 20,000 pounds daily using safe $CO_2$ for solvent-free extraction.**

MINERCO, INC. INC FORWARD-LOOKING STATEMENTS

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/77160 (https://www.newsfilecorp.com/redirect/oX3kTA3kG?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9jby1JbmMvJnPTE=)


SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Retains Investor Relations Partners as Investor Relations Counsel

**March 03, 2021 9:47 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

Ann Arbor, Michigan--(Newsfile Corp. - March 3, 2021) - Minerco (OTC Pink: MINE) today announced that it has retained Investor Relations Partners (IRP) to provide investor relations and capital markets advisory services to the Company.

"We believe the current year will be one of the most historical for the psilocybin mushroom industry and, as a result, the most pivotal for Minerco and its shareholders," said Julius Jenge, Chief Executive Officer of Minerco, Inc. "This favorable economic and business climate will create a unique opportunity for Minerco to achieve record growth rates and we will look forward towards the support and guidance of Investor Relations Partners to effectively communicate this growth story to the investment community."

"We have a number of positive developments at Minerco, particularly as they relate to our plans on increasing our psilocybin tablet production capacity to be able to meet the highly anticipated demand for our mushroom products as markets across the United States begin to legalize it, just as they did with cannabis. In addition, we recently announced the launch of our blockchain token, SHRU and its payment application, SHRUCOIN Pay. These innovations can be used to purchase psilocybin and cannabis," concluded Mr. Jenge.

IRP's primary function will be to help disseminate and maintain contact with the financial community, including shareholders, investors and other stakeholders for the purpose of increasing awareness of the Company, its activities and to ensure the most accurate information is consistently being communicated as it relates to Minerco's growth story.

Bill Miller of Investor Relations Partners, said, "We are looking forward to introducing Minerco's investment story beyond its existing shareholders as we look to increase and diversify its ownership structure. We expect Minerco will appeal to both value and earnings growth retail and institutional investors given our belief the Company is undervalued when considering the pent-up and growing demand for the Company's unique and proprietary psilocybin mushroom products, or more commonly referred to as "Magic Mushrooms". The Company's position at the forefront of the movement to legalize psilocybin should enable Minerco to generate significant revenue growth and profitability as it continues to successfully execute on its business plan," concluded Mr. Miller.

For more info on Investor Relations Partners visit www.irpartnersinc.com (http://www.irpartnersinc.com/) or via email at ir@minercoinc.com (mailto:ir@minercoinc.com). To learn more about Minerco and how it is expecting to capitalize on the legalization of Magic Mushrooms across the United States in order to maximize shareholder value, please visit www.minercoinc.com (http://www.minercoinc.com).

**About Minerco Inc.**

Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE), is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The Blockchain token SHRU can be used for purchases relating to psilocybin and cannabis. SHRU can be purchased at www.shrucoin.com (https://www.shrucoin.com). Consumers can also utilize the SHRUCOIN Pay app by visiting www.shrucoinpay.com (http://www.shrucoinpay.com). To learn more about Minerco, Inc. visit them at www.minercoinc.com (http://www.minercoinc.com).

To research Minerco, Inc.'s stock histogram chart please visit OTC Markets at www.otcmarkets.com (http://www.otcmarkets.com) and search under the ticker MINE.

Follow us on twitter
@minercoinc (https://twitter.com/MinercoInc)

Investor relations
miners@minercoinc.com (mailto:miners@minercoinc.com)

*MINERCO, INC. FORWARD-LOOKING STATEMENTS*

*This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.*

# # #

For Further Information:
Bill Miller
Investor Relations Partners
bmiller@irpartnersinc.com (mailto:bmiller@irpartnersinc.com)
Phone: 323-380-4500



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/75937 (https://www.newsfilecorp.com/release/75937)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 12:51 PM    Minerco Pioneers In-House Blockchain Token SHRU And Application SHRUCOIN Pay to Enable Psilocybin and Cannabis Purcha...

Case 1:24-cv-01996-TNM   Document 1-1   Filed 07/10/24   Page 5 of 55

# Minerco Pioneers In-House Blockchain Token SHRU And Application SHRUCOIN Pay to Enable Psilocybin and Cannabis Purchases in Legal Markets

## Consumers can purchase SHRU through SHRUCOIN.com or visit SHRUCOINPAY.com to create an account through Minerco's new payment application

### February 28, 2021 9:10 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Los Angeles, California--(Newsfile Corp. - February 28, 2021) - Minerco (OTC Pink: MINE) announces today the launch of their new blockchain token SHRU and its payment application SHRUCOIN Pay, achieving the second of the company's major goals set at the Sankofa Summit in January 2021. These innovations will include the ability to facilitate Psilocybin and Cannabis purchases with major credit cards. Despite being legal in specific markets, card companies have shied away from authorizing purchases related to Psilocybin or Cannabis because of their Federal Schedule 1 classification. SHRUCOIN Pay's model grants consumers full flexibility on choosing their payment method. The application is a first-of-its kind and will serve as a payment processing service like PayPal or Cash App for dispensaries in legal markets.

Another advantage of SHRU is that it is the company's own digital currency. Recent data has shown a vast rise in the popularity of Blockchain with tokens such as Bitcoin, Litecoin, and Ethereum. Minerco's management is excited to be visible in the same channel that helped these currencies evolve, as they expect similar results with SHRU.

Lastly, SHRU's overall impact not only benefits the company's revenue potential, but also their humanitarian mission surrounding developing areas. As an initiative, the company will set aside a percentage of value from each coin toward improving housing and water across regions in both the Caribbean and Africa. Julius Jenge, Minerco's CEO issued the following statement:

"Being from Africa, this launch is special for me. As excited as I am for the future of SHRU, I am more thrilled about the fact that we have created a mechanism that will allow us to give back to regions that have been suffering for years with shortages of potable water and poor living arrangements. SHRU is the first step for us in achieving our greater humanitarian mission as we grow here at Minerco financially."

Minerco's newest ambassador, Sean Kingston, who is of Jamaican origin, also commented on the company's pledge to devote their resources towards water and housing in these regions:

"I fully support the company's vision to give aid in underdeveloped parts of the Caribbean and Africa by setting aside a percentage of coin value towards the improvement of housing and water in both regions. I decided to join their mission because I truly believe in their leadership, and hope that my contributions can help us get there more rapidly."

**About Minerco Inc.**

**Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The Blockchain token SHRU can be used for purchases relating to psilocybin and cannabis. SHRU can be purchased at www.shrucoin.com** (https://www.newsfilecorp.com/redirect/Jr82iEMak? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9KcjgyaUVNYWs/cj1hSFIwY0hNNkx5OTNkM2N1YldsdVpYSjiby1JbmMu). **Consumers can also**

6/5/24, 12:51 PM — Minerco Pioneers In-House Blockchain Token SHRU And Application SHRUCOIN Pay to Enable Psilocybin and Cannabis Purcha...

Case 1:24-cv-01996-TNM   Document 1-1   Filed 07/10/24   Page 6 of 55

utilize the SHRUCOIN PAY app by visiting www.shrucoinpay.com (https://www.newsfilecorp.com/redirect/GN8oHApXY?
r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yZW21wYW55L5Y4MDQvTWluZXJjby1JbmMu). **To learn more about
Minerco, Inc. visit them at www.minercoinc.com** (https://www.newsfilecorp.com/redirect/QG7Ps83z4?
r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yZW21wYW55L5Y4MDQvTWluZXJjby1JbmMu). **To research Minerco,
Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com**
(https://www.newsfilecorp.com/redirect/mZGBcRMp3?
r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yZW21wYW55L5Y4MDQvTWluZXJjby1JbmMu) **and search under the
ticker MINE.**

**Follow us on twitter
@minercoinc**

**Investor relations
miners@minercoinc.com** (mailto:miners@minercoinc.com)

**MINERCO, INC. INC FORWARD-LOOKING STATEMENTS**

**This press release contains statements that the Company believes to be "forward-looking statements" within the
meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than
historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are
forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate",
"anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify
forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause
actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place
undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any
forward-looking statements, whether as a result of new information, future events, or otherwise.**



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/75691
(https://www.newsfilecorp.com/redirect/k1akh5nLN?
r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yZW21wYW55L5Y4MDQvTWluZXJjby1JbmMu)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Introduces Sean Kingston as the Company's Newest Ambassador

## The global sensation joins the company at a critical time with the upcoming launch of their blockchain token SHRU

**February 27, 2021 5:50 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

Kingston, Jamaica--(Newsfile Corp. - February 27, 2021) - Minerco, Inc. (OTC Pink: MINE) announces today that musical icon, Sean Kingston, has joined the company's mission through their ambassador program. This decision comes at a strategic time for the botanical sector with the upcoming launch of SHRU. Kingston, who is of Jamaican origin, has witnessed firsthand the medicinal benefits that plants such as psilocybin and cannabis provide, as both are legal in Jamaica and are commonly used for treatment methods.

Kingston, who has over 1.2 million Instagram and 2.9 million Twitter followers, brings to the company a strong network people who view him as an innovator or trendsetter. As a result, he will be able to use these social media platforms and other channels to help raise awareness on the company's overall mission to educate the masses on botanical products such as cannabis or psilocybin. By partnering with a global figure of Kingston's stature, the company's reach can broaden exponentially, especially with their blockchain token SHRU being available to the public come March 1, 2021.

In response to the announcement of his affiliation with Minerco, Kingston made this statement:

"I have been building a relationship with Minerco for a while as I am 100% behind in their mission as a company. In Jamaica, we have been using cannabis and psilocybin for medicinal purposes for years now and have seen the adverse effects that it can have on people who suffer from physical and emotional challenges. The anticipated launch of SHRU definitely accelerated the process in making our strategic partnership official, and now I am ready to help in any way possible. These are exciting times."

**About Minerco Inc.**

**Minerco, Inc. The Magic Mushroom Company (OTC: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The Blockchain token SHRU can be used for purchases relating to psilocybin and cannabis. SHRU can be purchased at www.shrucoin.com** (https://www.newsfilecorp.com/redirect/k1Xjc5nmo? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMu). **Consumers can also utilize the SHRUCOIN PAY app by visiting www.shrucoinpay.com** (https://www.newsfilecorp.com/redirect/B85EcMAgG? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMu) . **To learn more about Minerco, Inc. visit them at www.minercoinc.com** (https://www.newsfilecorp.com/redirect/5gW8CQOMy? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMu). **To research Minerco, Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com** (https://www.newsfilecorp.com/redirect/LzqyHJZbw? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMu) **and search under the ticker MINE.**

**Follow us on twitter**
**@minercoinc**

Investor relations
**miners@minercoinc.com** (mailto:miners@minercoinc.com)

**MINERCO, INC. INC FORWARD-LOOKING STATEMENTS**

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/75657 (https://www.newsfilecorp.com/redirect/oXPQFAZr0? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzc1NjU3L01pbmVyY28tMU4MQvTWluZXJjby1JbmMu)


SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Announces the Global Launch of Their Crypto Blockchain Token SHRU for March 1st 2021

## Consumers will be able to go to SHRUCOIN.com to purchase SHRU or to SHRUCOIN Pay to go through dispensaries that will be able to accept major credit card transactions.

### February 22, 2021 12:33 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Kingston, Jamaica--(Newsfile Corp. - February 22, 2021) - On February 20th 2021, Minerco, Inc. (OTC PINK: MINE) hosted their SHROOM ZOOM meeting in which 800 out of the 1400 people who registered attended. During the meeting, ownership announced that their highly anticipated Crypto Blockchain Token SHRU is set to launch on March 1st 2021. This is an exciting time for MINERS as SHRU has the ability to be an innovative game-changer for both Cannabis and Psilocybin markets. Minerco owners explained how SHRU will serve as a payment gateway for both products, which is an obstacle many consumers have faced since both Cannabis and Psilocybin are classified as Schedule 1. As a result, they have not been able to use major credit cards such Visa or MasterCard when purchasing these products, until now.

There are two ways that users can utilize SHRU. They can either go to SHRUCOIN.com and purchase the token OR go through the application SHRUCOIN PAY, in which using credit card payments will be an option as their model allows it to be possible. The flexibility granted with both SHRU and SHRUCOIN Pay makes the upcoming March 1st launch a first of its kind in the Blockchain space. Additionally, SHRUCOIN Pay will contain APIs for the application's interface to connect with outside payment apps such as Paypal and Cashapp for purchases related to Cannabis and Psilocybin.

Minerco CEO Julius Jenge issued the following statement:

" We are really excited for the countdown to launch SHRU. Well-known tokens like Etherium, Lite Coin, and Bitcoin all once had starting points to get to where they are, and this one is ours. People will now have a centralized location to make all purchases related to Cannabis and Psilocybin because of SHRU, so as a result, we are definitely expecting its popularity to soar".

### About Minerco Inc.

Minerco, Inc. The Magic Mushroom Company (OTC PINK: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The SHRU coin A Blockchain token through the Etherium network to purchase psilocybin and cannabis To learn more about Minerco, Inc. visit them at www.minercoinc.com (https://www.newsfilecorp.com/redirect/VzOJiqWG3?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTE=). To research Minerco, Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com (https://www.newsfilecorp.com/redirect/zrgYcPK1b?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTE=) and search under the ticker MINE.

### MINERCO, INC. INC FORWARD-LOOKING STATEMENTS

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.

Investor relations
miners@minercoinc.com (mailto:miners@minercoinc.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/75041 (https://www.newsfilecorp.com/redirect/4Jo8sEaAL? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzc1MDQvTWluZXJjby1JbmMuUnBnPTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Inc., The Magic Mushroom Company, Addresses Speculative Rumors and Information Circulating Social Media Platforms

## Company will host an open SHROOM ZOOM this Sunday at 5 PM EST for MINERS and others invited

**February 19, 2021 12:10 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

New York, New York--(Newsfile Corp. - February 19, 2021) - Minerco Inc. (OTC Pink: MINE) received numerous emails regarding alleged false information posted by bloggers in a failed-attempt to manipulate its stock by posting inaccurate research findings. Minerco's ownership team has spent over 12 months focusing its energy on creating and developing a new business model approach aimed towards giving MINERS a company they can be proud of. To respond, the company is committed in addressing these rumors to MINERS. The company's full expectation is for its investors to not be targeted victims of unethical fear tactics often used to manipulate shareholders. During this Sunday's Shroom Zoom (https://www.newsfilecorp.com/redirect/RX0aUAwp2?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=) Call, Minerco Inc's primary focus will still be on company goals, but they are planning on addressing these rumors with attendees.

CEO Julius Jenge, issued the following statement:

"FEAR ('False Evidence Appearing Real') is a key to understanding why we will entertain a call concerning these alleged rumors. In addition, we will take this opportunity to continue having dialogue about our corporate goals stated at the Sankofa Summit earlier this year."

About Minerco Inc.

**Minerco, Inc. The Magic Mushroom Company (OTC: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The SHRU coin A Blockchain token through the Etherium network to purchase psilocybin and cannabis To learn more about Minerco, Inc. visit them at www.minercoinc.com** (https://www.newsfilecorp.com/redirect/W4KauBnjO?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=). **To research Minerco, Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com** (https://www.newsfilecorp.com/redirect/q7RvSQM2x?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=) **and search under the ticker MINE.**

**Investor relations**
miners@minercoinc.com (mailto:miners@minercoinc.com)

**Follow us on twitter**

**@minercoinc**



Case 1:24-cv-01996-TNM   Document 1-1   Filed 07/10/24   Page 12 of 55

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/74922
(https://www.newsfilecorp.com/redirect/nKp3T7jOg?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzc0MDQvTWluZXJjby1JbmMuJnBQPTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Inc., The Magic Mushroom Company, Paid Off Old Debt to Creditor EROP Capital

## As part of their settlement,477,000,000 shares will be returned to the company's treasury

### February 16, 2021 6:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Atlanta, Georgia--(Newsfile Corp. - February 16, 2021) - Minerco Inc. (OTC Pink: MINE) inherited EROP Capital's debt that had been accrued from previous ownership. As a result, Minerco's new management team met with EROP Capital and completed debt settlement. In the aftermath of settling EROP's debt, Minerco's management also made a corporate decision to retire 477,000,000 shares back to the company's treasury. Management is looking forward to having a stronger company with a cleaner balance sheet.

During the Sankofa Shareholder and Vision Summit on January 24, 2021, leadership announced that this upcoming year would be critical towards meeting their goals. Management expressed the plan to retire debt, acquire the equipment necessary for manufacturing 1m micro dots daily, complete the SHRU Coin, and find a U.S. location for them to maximize their production dependency in both the U.S. and Jamaica. In light of this week's news, Minerco's management team has successfully met the first of those four goals.

In response to the milestone achievement, Minerco CEO Julius Jenge issued the following statement:

"To free ourselves from old financial entanglements is a much-needed benefit to a new company. Our goal to eliminate and retire toxic debt will put us ahead of schedule. This is something that our shareholders deserve."

About Minerco Inc.

Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE) is the pioneering company specializing in the research, production, and distribution of psilocybin mushroom products ("Magic Mushrooms"). The SHRU coin A Blockchain token through the Etherium network to purchase psilocybin and cannabis To learn more about Minerco, Inc. visit them at www.minercoinc.com (https://www.newsfilecorp.com/redirect/5GyOsQ5yY?r=aHR0cHM6Ly93d3cubWV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnE=). To research Minerco, Inc's. stock histogram chart please visit OTC Markets at www.otcmarkets.com (https://www.newsfilecorp.com/redirect/LeZvHJDxk?r=aHR0cHM6Ly93d3cubWV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnE=) and search under the ticker MINE.

Follow us on twitter
@minercoinc

Investor relations
miners@minercoinc.com (mailto:miners@minercoinc.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/74569 (https://www.newsfilecorp.com/redirect/oEgGhAv7q? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzc0NTY5MDQvTWluZXJjby1JbmMuJnBnPTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# MINERCO INC. The Magic Mushroom Company Appoints Abdul Rahman as Director of Digital Currency and Blockchain token SHRU

## February 03, 2021 8:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Toronto, Ontario--(Newsfile Corp. - February 3, 2021) - MINERCO Inc. (OTC PINK: MINE) appoints Abdul Rahman for his expertise in blockchain including BITCOIN and Etherium. This appointment will finalize Minerco's development of the company's token SHRU as it creates its payment gateway to buy cannabis and psilocybin utilizing blockchain.

Rahman will also be developing Minerco's private-label debit card allowing Minerco's cryptocurrencies to be used at any ATM, in shops, and on online merchants. SHRU token is presently on 7 exchanges and quickly working to integrate on additional ones.

Since the onset of the pandemic, the price of Bitcoin has increased from $4,803 to more than $36,000 as of mid-January.

"Hundreds of sizable companies are now using Blockchain and its underlying technology to make their operations more efficient-and, thanks to its extraordinary returns, boost their profits. We anticipate doing the same for our shareholders "says CEO Julius Jenge.

About Minerco, Inc. (OTC PINK: MINE)

Minerco, Inc. (OTC Pink: MINE), was recently acquired by psilocybin research and investment firm and is emerging as the world's first publicly-traded company focused on the research, production and distribution of psilocybin mushrooms.

Minerco, Inc. Forward-Looking Statements

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/73542
(https://www.newsfilecorp.com/redirect/1PmEIeXPJ?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzczNTQyMDQvTWluZXJjby1JbmMuMuJnBnPTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 1:07 PM
Case 1:24-cv-01996-TNM Document 1-1 Filed 07/10/24 Page 17 of 55
Minerco Inc. the Magic Mushroom Company Receives 1B Valuation Pre-Money Business Valuation from EQUIDAM

# Minerco Inc. the Magic Mushroom Company Receives 1B Valuation Pre-Money Business Valuation from EQUIDAM

## January 19, 2021 8:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Oakland, California--(Newsfile Corp. - January 19, 2021) - MINERCO Inc. (OTC Pink: MINE) has hired EQUIDAM SOFTWARE to create business valuation using 3 methods: IPEV (International Private Equity Valuation), DCF (Discounted Cash Flow) with LTG (Long Term Growth) and DCF with multiples model including the TV (Terminal Value) method. Minerco's Valuation report list IPEV at 297M, LTG AT 193M and DCF TV AT 1B. This Valuation was computed based upon financial projections from the business model. Minerco's will use Valuation as an indicator to the business opportunity in this emerging industry. In addition, Minerco intends raise capital to do the following:

1. Acquire and retire Toxic Debt from balance sheet.

2. Acquire and renovate properties for production in Oregon, Vermont and Jamaica.

3. Acquire equipment needed to produce 1m psilocybin tablets daily to be sold to wholesale purchasers domestically in Oregon and Vermont and internationally by way of Jamaica to Amsterdam and Canada.

4. Establish cash collateral reserves for MINE'S blockchain gateway and token SHRU. This cash collateral will spring board SHRU token onto the top Exchanges worldwide.

"This valuation will give definitive confidence as to the financial strength and viability of the psilocybin industry. In addition, it gives confirmation that we are in the right industry with the right business at the right time," says CEO, Julius Jenge.

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE) is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushroom. Blockchain token for Psilocybin purchases and investments utilizing its token SHRU.

To review the full report visit our website.  Minercoinc.com (https://www.newsfilecorp.com/redirect/yoKQSkGN3? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTE=)
Also, join our investor call as we discuss our plans:

https://minercoinc.zoom.us/meeting/register/tJwvd-6pqjksGNzwss1yCyDig2d2Pbia8mmf
(https://www.newsfilecorp.com/redirect/1PYoseV1o? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTE=)

Safe Harbor Statement

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ

materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/72287 (https://www.newsfilecorp.com/redirect/AyQeIawKD?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzcyMDQvTWluZXJjby1JbmMuJnBTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 1:08 PM                    Minerco, Inc the Magic Mushroom Company Announces Sankofa Shareholder and Vision Summit on January 24, 2021

Case 1:24-cv-01096-TNM   Document 1-1   Filed 07/10/24   Page 19 of 55

# Minerco, Inc the Magic Mushroom Company Announces Sankofa Shareholder and Vision Summit on January 24, 2021

## Dr. Sabrina Black to host Vision Board session Before Shareholder call

### January 13, 2021 11:31 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Las Vegas, Nevada--(Newsfile Corp. - January 13, 2021) - Minerco, Inc. (OTC: MINE) Behind every great accomplishment is a great vision. The first hour of the January 24, 2021 Shareholder call will be a Vision Board Party. Shareholders are encouraged to prepare a vision board for 2021. Minerco will share it's vision and plans to lead the health and wellness industry past current limitations and help individuals have extraordinary, abundant lives.

Minerco has titled the Summit after the mythic Sankofa bird, which flies forward while looking backward to directly symbolize the goal of the Summit, which is for shareholders to have a clear understanding of Minerco's present, ensure our future while recognizing the past work to get to this space. The Vision Board hour is to be facilitated by Dr. Sabrina Black, renowned counselor, speaker, author, professor, mentor, and life coach.

"We are excited to announce our Sankofa shareholder and vision Summit January 24, 2021," stated Paul Hoonjan, President of Minerco Inc. "This call will provide shareholders with the Company's objectives for this year, as well as welcoming Dr. Sabrina Black to assist in charting our personal journey. We believe in giving good vibes and helping to shape the personal vision for ourselves and shareholders, bringing good energy to the world. New Ownership, New Leadership, New Direction, will be our discussion coupled with guided Meditation and a Vision Quest. We look forward to having a dialogue with our shareholders."

January 24th 2021 5pm EST
Register early with the following link https://minercoinc.zoom.us/s/98207142628
(https://www.newsfilecorp.com/redirect/bxRKsreaV?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=)

Follow us on Twitter at https://twitter.com/Minercoinc (https://www.newsfilecorp.com/redirect/3gMZIaYEP?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=)

For additional information about MINE, please visit www.minercoinc.com
(https://www.newsfilecorp.com/redirect/NQ0LtqQNM?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuMuJnBnPTE=)

About Minerco, Inc. (OTC: MINE)

Minerco Inc. (OTC Pink: MINE) is a publicly traded company currently focused on the research, production and distribution of psilocybin mushroom. The company is committed in creating shareholder's value by ensuring constant development in the magic mushroom and cannabis industries.

Minerco's Blockchain Token for Psilocybin purchases and investments : SHRU (etherium network).

Minerco, Inc. Forward-Looking Statements

6/5/24, 1:08 PM    Minerco Inc. the Magic Mushroom Company Announces Sankofa Shareholder and Vision Summit on January 24, 2021

Case 1:24-cv-01996-TNM    Document 1-1    Filed 07/10/24    Page 20 of 55

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Contact Information:
Investor Relations
Miners@Minercoinc.com (mailto:Miners@Minercoinc.com)
MINERCO INC



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/72047 (https://www.newsfilecorp.com/redirect/Xg7KIeOPx?r=aHR0cHM6Ly93d3cubmVwc2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTE=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Inc the Magic Mushroom Company Appoints Health Care Consultant Paul Hoonjan as President

## January 11, 2021 8:30 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Oakland, California--(Newsfile Corp. - January 11, 2021) - The Magic Mushroom Company (OTCP Pink: MINE) specializing in growing, research, production and distribution of psilocybin mushrooms, announced today that Paul Hoonjan has been appointed as its new President.

Hoonjan brings extensive experience, notably in the development and management of strategic opportunities, corporate alliances and bringing therapeutic products to market.

"For almost 6 years, Hoonjan has overseen Cannabis and Mushroom development in Runaway Bay, Jamaica managing international client base. Hoonjan's expertise in shipping, contracting, negotiating, labor development, and building supply lines will reinforce Minerco's leadership in the emerging market.

"Research trials involving psilocybin require a unique focus in healthcare. Minerco's strategy is to develop strains focused on mental healing as well as combining supplements to assist in the natural care space makes this appointment a unique balance of traditional Medicine and many Jamaican remedy's will give MINE an opportunity to show the world Jamaica's ancient supplements.

"Paul Hoonjan is a phenomenal addition to our business Model. His background in Health and Wellness rounds out our edges for global growth. We welcome him on board. In addition we look forward to completing the process with OTC markets to become pink current and provide more transparency to our Shareholders.," says Minerco CEO Julius Jenge.

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. (OTC Pink: MINE), was recently acquired by a psilocybin research and investment firm and is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms.

Twitter
@minercoinc (https://www.newsfilecorp.com/redirect/JjgNUEDVL?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbV9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTI=)

Minercoinc.com (https://www.newsfilecorp.com/redirect/GVm2lAaBr?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbV9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTI=)

ir@minercoinc.com (mailto:ir@minercoinc.com)
7547329463

Minerco, Inc. Forward-Looking Statements

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ

materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/71732 (https://www.newsfilecorp.com/redirect/QBOju82N1?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZW1wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Inc The Magic Mushroom Company Signs LOI with Jamaican Firm Lazurus Holistic to Grow, Process and Extract Psilocybin and Cannabis for Export to Canada and Europe

## January 04, 2021 7:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Oakland, California--(Newsfile Corp. - January 4, 2021) - OTC:MINE signs a Joint Venture letter of intent with Lazurus Holistic to serve as psilocybin experts to grow and develop a unique strain of mushrooms specific to Jamaica. In addition, through the JV with Lazurus, Minerco will inherit multiple cannabis licenses to grow, process, extract cannabis as well as psilocybin. This partnership will enable MINE to have a continuous supply of product to fill its 1 million microdots capacity daily. Minerco plans to export its wholesale product to Europe and Canada, as well as create is own brand "DOTMINES."

Minerco Inc. "The Magic Mushroom Company" (OTC Pink: MINE) and Lazurus Holistic plan to retrofit its 100 acre farm into a state of the art production facility that can produce over 5000 Mushrooms and 1000 Cannabis pounds monthly. Through this Joint Venture, the company plans to advance its operations into the Cannabis /CBD/Psilocybin white label market.

Lazurus Holisitic an expert in mycelium recently completed there first export of Psilocybin mushrooms to Mydecine Innovations Group Inc. in Canada. The MINE/Lazurus Joint Venture will expand to export globally. The market penetration is approaching $7 billion by 2027.

"We are looking forward to the definitive agreement with our new partnership. This joint venture will vertically integrate our business model; Grow in legal markets, and fill microdose orders wholesale as well as filling our own product, a win/win. This JV will increase value for Minerco and its shareholders," CEO, Julius Jenge said in a statement.

"Our goal at Lazarus is simple: to produce the 'best' cannabis and mushrooms coming from Jamaica. 'Best' is determined by consumers, which is why we feel our potential strategic partnership with Minerco is perfect. 'Best' is our products that contain Lazarus grown ingredients that help people's mental and physical wellness," says CEO, Paul Hoonjan.

In addition, Minerco will purchase manufacturing equipment to produce up 1 million tablets of psilocybin microdots daily that will be sold in legal markets, plus a line of medical graded mushrooms sold nationwide which will put DOTMINES to the forefront of this emerging and fast growing industry.

About Minerco Inc.

Minerco Inc. (OTC Pink: MINE) is a publicly traded company currently focused on the research, production and distribution of psilocybin mushroom. The company is committed in creating shareholder's value by ensuring constant development in the magic mushroom and cannabis industries.

Minerco's Blockchain Token for Psilocybin purchases and investments : SHRU (Etherium network).

About Lazurus

Lazarus Holistic Group LLC a Jamaican Company focused in Cannabis and Psilocybin mushroom production. Lazarus had a license to extract, produce and grow Cannabis as well as permitted to grow psilocybin. Our corporate office is in Discovery Bay, St Ann, Jamaica.

6/5/24, 1:29 PM          Minerco, Inc.-The Magic Mushroom Company Signs LOI with Jamaican Firm Lazurus Holistic to Grow, Process and Extract Psilocybi...

Case 1:24-cv-01006-TNM Document 01-1 Filed 07/10/24 Page 24 of 55

Safe Harbor Statement

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter@minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/71283 (https://www.newsfilecorp.com/redirect/0JJphr4JM?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzcxMDQvTWluZXJjby1JbmMuJnBnPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 12:54 PM    Minerco Inc. The Magic Mushroom Company Hires EQUIDAM to Perform Pre-Money Business Valuation for REG CF Capital Raise

Case 1:24-cv-01089-TNM   Document 11   Filed 07/10/24   Page 25 of 55

# Minerco Inc. The Magic Mushroom Company Hires EQUIDAM to Perform Pre-Money Business Valuation for REG CF Capital Raise

## December 28, 2020 8:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Portland, Oregon--(Newsfile Corp. - December 28, 2020) - MINERCO Inc. (OTC Pink: MINE) has hired EQUIDAM to create business valuation using 3 methods: IPEV (International Private Equity Valuation), DCF (Discounted Cash Flow) with LTG (Long Term Growth) and DCF with multiples model including the TV (Terminal Value) method.

MINE will use the valuation to complete requirements for REG CF capital raise of $5m as well as benchmark its quarterly projections. REG CF funds will be used to do the following:

1. Acquire and retire Toxic Debt from balance sheet.

2. Acquire and renovate properties for production in Oregon, Vermont and Jamaica.

3. Acquire equipment needed to produce 1m psilocybin tablets daily to be sold to wholesale purchasers domestically in Oregon and Vermont and internationally by way of Jamaica to Amsterdam and Canada.

4. Establish cash collateral reserves for MINE'S blockchain gateway and token SHRU. This cash collateral will spring board SHRU token onto the top Exchanges worldwide.

Minerco anticipates the pre-money valuation and financial projections within 14 business days.

"It is significant to have a third party evaluate our business strategy to determine if we are on the right track for our shareholders. This valuation will give definitive confidence as to the financial strength and viability of the psilocybin industry," says CEO, Julius Jenge.

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. The Magic Mushroom Company

(OTC Pink: MINE) emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushroom. Blockchain token for Psilocybin purchases and investments utilizing its token SHRU.

Safe Harbor Statement

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/71070
(https://www.newsfilecorp.com/redirect/EEBau0xKE?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzY4MDQvTWluZXJjby1JbmMuJnBTPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

Case 1:24-cv-04896-TNM   Document 1-1   Filed 07/10/24   Page 27 of 55

# Minerco Inc. the Magic Mushroom Company Gains Acceptance in Psychedelic Invest Index of 20 Companies Total Volume 1.17b Volume

**December 21, 2020 5:12 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

New York, New York--(Newsfile Corp. - December 21, 2020) - Minerco Inc. (OTC Pink: MINE) gains appointment to the Psychedelic Invest Index made up of 20 companies listed. Nasdaq, AQL, CNX, and OTC are exchanges representing the collectives in the industry. The 30 day average volume being $577.35m gives MINERCO greater exposure to the investment community. This is a considerable milestone that within 12 months of MINE's new ownership it joins an elite class of 20 companies. Compass Pathways, Mind Medicine Inc are some of the other public companies listed. The total list can be viewed on Psychedelicinvest.com (https://www.newsfilecorp.com/redirect/1GXeCeNEX? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9ibjMwY55LzY4MDQvTWluZXJjby1JbmMuJnPTI=). "This has been a busy year. Psilocybin, wholesale Production, Blockchain has been our focus. Who knew there was a Psychedelic Index. its great others are noticing our work, What an early Christmas Gift." Says CEO Julius Jenge.

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. The Magic Mushroom Company
OTC: MINE emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushroom. Blockchain token for Psilocybin purchases and investments : SHRU.

Safe Harbor Statement

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc (https://www.newsfilecorp.com/redirect/AWo2Sa1op? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9ibjMwY55LzY4MDQvTWluZXJjby1JbmMuJnPTI=)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/70757 (https://www.newsfilecorp.com/redirect/Z5OgTD4gp? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWRpcmVjdC9ibjMwY55LzY4MDQvTWluZXJjby1JbmMuJnPTI=)

Case 1:24-cv-01996-TNM   Document 1-1   Filed 07/10/24   Page 28 of 55

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco Inc and Anything Technologies Media Host the World's First "Shroom Zoom" CNN Viewing

## Prior to watching the CNN live special, Dr. Sheba Roy ND FABNO, will discuss the emerging data potential health benefits of Psilocybin and CBD via Zoom

### December 18, 2020 6:36 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Tuscon, Arizona--(Newsfile Corp. - December 18, 2020) - **Minerco Inc** (OTC Pink: MINE) and **Anything Technologies Media** (OTC Pink: EXMT) announced today that they partnered to provide the first ever **"Shroom Zoom"** Viewing and Q&A regarding the potential **health benefits of Psilocybin and CBD**.

Join us at **9:00 pm EST on Sunday December 20th** for an exciting and dynamic Zoom presentation by Dr. Sheba Roy, a supportive care cancer specialist with Associates of Integrative Medicine in Michigan. Dr. Roy's clinic hosts masters and doctoral level counselors who treat Trauma, PTSD, Depression, Anxiety, Grief and Loss using a powerful combination of therapeutic counseling, nutrition and natural therapies.

We will follow the discussion with a Zoom Viewing of the CNN live special, **"Psychedelic Healing"**, hosted at **10 pm EST by Lisa Ling** https://www.cnncreativemarketing.com/project/thisislife/ (https://www.newsfilecorp.com/redirect/rrBMcOXxk?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb3B5cmlnaHQvTWluZXJjby1JbmMuJnBTI=) . This is Life with Lisa Ling is a groundbreaking documentary series that shines the light on what were formally considered "taboo" topics and how they can change the way we think about ourselves and the world around us. December 20th's feature will highlight **the emerging science around of psilocybin and CBD in the treatment of mental health issues and goals of optimal wellness.**

Following the CNN live special, we will host a live Q&A session with Dr. Roy by Zoom. Minerco Inc and Anything Technologies Media are committed to offering our communities extraordinary opportunities to be at the leading edge of transformational healing.

Watch with us register below:

https://zoom.us/meeting/register/tJYod-mvqTotGdJuRrBhoodPnOWLnYPhA0iv (https://www.newsfilecorp.com/redirect/VQjMsq24a?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb3B5cmlnaHQvTWluZXJjby1JbmMuJnBTI=)

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. (OTC Pink: MINE), was recently acquired by a psilocybin research and investment firm and is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms. Also MINE has developed Blockchain Token SHRU to create a payment gateway for retail purchases.

Please follow https://twitter.com/minercoinc (https://www.newsfilecorp.com/redirect/zQYzsPxOM?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb3B5cmlnaHQvTWluZXJjby1JbmMuJnBTI=)
Investor Relations
miners@minercoinc.com (mailto:miners@minercoinc.com)

**About Sonoran Flower LLC.** https://sonoranflower.com/store (https://www.newsfilecorp.com/redirect/4k8nHEnzX? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

Sonoran Flower was built on the belief that nature holds everything we need to heal. We are a multifaceted organization that cultivates, processes, and sells wholesale and retail hemp goods. We procure and produce top-quality hemp seeds, smokable hemp flower, hemp biomass, distillates, isolates and products such as vape, lotions, salves, and Hemp Beverage.

To Buy Sonoran Flower CBD Products go to :https://sonoranflower.com/store (https://www.newsfilecorp.com/redirect/jx4bhk2Jp? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=) or call 520-303-HEMP (4367)

**Follow us on Twitter** @https://twitter.com/anythingtechmed (https://www.newsfilecorp.com/redirect/JyE3tEBDk? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

**Follow us on Instagram** @https://www.instagram.com/anythingcbdmeds/ (https://www.newsfilecorp.com/redirect/G7ELHA2aY? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

**About Amethyst Beverage:**https://www.amethystbeverage.com/ (https://www.newsfilecorp.com/redirect/m8JMhRrA3? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

Amethyst Beverage a Reno, NV based business was established in October 2016 mostly as a directive to support a Philanthropy effort toward Cancer associated with Children and Adults. A portion of all sales will be contributed to several organizations nationally.

Currently, Amethyst Beverage is the only water in the marketplace to carry Patented, USDA Organic, Vegan and Kosher certifications, and is also the only flavored (Strawberry/Watermelon, Orange/Mango, Pineapple/Coconut, Cran/Razz, Cucumber/Mint and Peach ) alkaline water with fulvic acid containing 70 ionic minerals as well.

**About Anything Technologies Media, Inc.**

Anything Technologies Media is a manufacturing and marketing company involved in the sales and marketing of CBD Health products and software applications. ATM is the parent company of subsidiary Corporations and is focused on partnerships and acquisitions in new technologies and manufacturing sectors. The company and partners each have their own professional management team with extensive backgrounds in finance, manufacturing, marketing and distribution. ATM's goal is to combine the expertise of our team members to create a cohesive force, which will carry the company forward in the marketplace.

**https://anythingtechnologiesmedia.com/tech-market/** (https://www.newsfilecorp.com/redirect/k7jMH5o0N? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

**NinjaQuestion on Instagram** @https://www.instagram.com/ninjaquestion/ (https://www.newsfilecorp.com/redirect/BqEQSMyYb? r=aHR0cHM6Ly93d3cubnV3c2ZpbGVjb3JwLmNvbS9yb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTI=)

**Safe Harbor Statement**

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ

materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Anything Technologies Media, Inc.

acquisitions@anythingtechnologiesmedia.com (mailto:acquisitions@anythingtechnologiesmedia.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/70651 (https://www.newsfilecorp.com/redirect/5B8KHQZyQ? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZW55Y21wZ2VuLWNlY2J5L2Jy bS1JbmMuJnBnPTI=)


SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco "The Magic Mushroom" to Launch $5m Reg CF Debt Offering Through SEC Approved Funding Portal Used for Blockchain, Equipment, Properties

**December 17, 2020 5:30 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

Washington, D.C.--(Newsfile Corp. - December 17, 2020) - Minerco, Inc. (OTC PINK: MINE) The "Magic Mushroom" Company retains SEC registered company to assist with approval for the 2012 Jobs act legislation more commonly known as Regulation CF. On November 2, 2020, the SEC increased the crowdfund limit to $5million. Upon raising funds MINE has 4 key strategies targeted with funds.

1) Acquire and Retire Toxic Debt to create a stronger and stable balance sheet.

2) Acquire equipment needed to produce 1m psilocybin tablets daily to be sold to wholesale purchasers in Oregon, Vermont, domestically and Jamaica, Amsterdam, Canada globally.

3) Establish cash collateral reserves for MINE'S blockchain gateway and token SHRU. This cash collateral will spring board SHRU token onto the top Exchanges worldwide.

4) Acquire and renovate properties for Production and lease in Oregon, Vermont, Jamaica.

MINE plans to launch capital raise for accredited and non accredtited investors in January 2021. The new Law allows for one investor at $5million or many investors. "These new developments will catapult Minerco into a more stable 2021, in addition, bringing in NON DILUTIVE debt only strenthens the company and lets our shareholders know we are a with a real vision and actionable targeted goals. ," stated Julius Jenge,

About Minerco, INC. (OTC PINK: MINE) SHRU

Minerco, Inc. (OTC PINK: MINE) is the world's first publicly-traded microcap company focused on the research, production, and distribution of psilocybin mushrooms in Jamaica and other legal markets. SHRU is a blockchain token created to serve as a payment gateway for cannabis and psilocybin purchases.

Minerco, Inc. Forward-Looking Statements

*This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect," "intend," "plan," "estimate," "anticipate," "believe," "should," or the negative thereof or similar terminology have a general intention to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.*

Contact Information:
Minerco, Inc.
Investor Relations

6/5/24, 1:09 PM    Minerco: The Magic Mushroom to Launch 5m Reg CF Debt Offering Through SEC Approved Funding Portal Used for Blockchain,...

Case 3:24-md-01096-TNM    Document 1-1    Filed 07/19/24    Page 33 of 55

Miners@Minercoinc.com (mailto:Miners@Minercoinc.com)

Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/70520
(https://www.newsfilecorp.com/redirect/xJQYTJRJm?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZW1wYW55LzY4MDQvTWluZXJjby1JbmMuIjnBnPTI=)


SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

Case 1:24-cv-01096-TNM Document 1-1 Filed 07/10/24 Page 34 of 55

# Minerco Inc. The Magic Mushroom Company Token SHRU Gets Approval on 7 Blockchain Exchanges

## Prepares to launch Payment Gateway to accept Cannabis and Psilocybin purchases with debit cards and blockchain

### December 14, 2020 8:06 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Portland, Oregon--(Newsfile Corp. - December 14, 2020) - Minerco Inc. (OTC Pink: MINE) gets approval for launch its coin SHRU on 7 exchanges: Bitcratic, ForkDelta, EtherDelta, Bamboolay, SwitchDex, SaturnDex, and McAfee. These exchanges, with tradeable volume of $400,000,000 daily, will give SHRU (OTC Pink: MINE) greater investment exposure. MINE is also working with token developers to include SHRU on 5 more exchanges by first quarter of 2021 and also launch its payment gateway. This gateway will allow dispensaries to accept Debit CARD purchases for psilocybin and cannabis that is still federally illegal. This allows MINE to participate in the 500 billion global marketplace without touching the product, and establishes MINE in the FINTECH industry as a niche player. The system will be fully operational by end of first quarter. "We are uniquely establishing ourselves to not only grow quality Psilocybin and produce wholesale for others, but also to serve as a financial collection point for the industry," said CEO, Julius Jenge.

About Minerco, Inc. (OTC Pink: MINE)

Minerco, Inc. The Magic Mushroom Company (OTC Pink: MINE) emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushroom. Blockchain token for Psilocybin purchases and investments : SHRU.

Safe Harbor Statement

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/70166
(https://www.newsfilecorp.com/redirect/OVkgUgYeb?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzY4MDQvTWluZXJjby1Jbmy1JbmMuJnBnPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 12:56 PM    Minerco Inc., The Magic Mushroom Company, Is Now in Advanced Discussions with CBD Manufacturing White Label Company W...

Case 1:24-cv-01896-JHM   Document 1-2   Filed 07/10/24   Page 36 of 55

# Minerco Inc., The Magic Mushroom Company, Is Now in Advanced Discussions with CBD Manufacturing White Label Company WLCCO for a Potential Acquisition

## Minerco Inc. will acquire commercial pill pressing machines to produce over 1 million microdots daily as white label for companies as well as creating its own brand dubbed "DOTMINES'

### December 06, 2020 6:00 PM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

San Francisco, California--(Newsfile Corp. - December 6, 2020) - Minerco Inc. "The Magic Mushroom Company" (OTC Pink: MINE) is now in advanced discussions with CBD manufacturing White label company WLCCO for a potential acquisition. Through this acquisition, the company plans to advance its operations into the CBD/Psilocybin white label market and add $2,500,000 in revenues immediately to increase shareholder value.

The global market for CBD has consistently grown over the last several years and is expecting to exceed more than $23.6 billion by 2025. The global market for Psychedelics is approaching $7 billion by 2027.

"We are looking forward to the opportunity of acquiring WLCCO to capitalize on the exponential growth in the CBD and Psychedelic industry, this acquisition will vertically intergrate our business model. Grow in legal markets, and fill microdose orders with our own product a win/win. This will mark a promising new phase for Minerco and its shareholders," CEO Julius Jenge said in a statement.

"WLCCO is looking forward to this extremely amazing opportunity," says CEO Lawrence Messick.

In addition, Minerco will purchase manufacturing equipment to produce up 1 million tablets of psilocybin microdots daily that will be sold in legal markets, plus a line of medical graded mushrooms sold nationwide which will put DOTMINES to the forefront of this emerging and fast growing industry.

"We will continue pursuing our efforts in keeping shareholders informed of our business endeavors," He added.

About Minerco Inc.

Minerco Inc. (OTC Pink: MINE) is a publicly traded company currently focused on the research, production and distribution of psilocybin mushroom. The company is committed in creating shareholder's value by ensuring constant development in the magic mushroom and cannabis industries.

Minerco's Blockchain Token for Psilocybin purchases and investments : SHRU (etherium network).

About WLCCO White Label CBD Company (https://www.newsfilecorp.com/redirect/ZZRNfDO74?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yb21zYW55YW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTI=)

Safe Harbor Statement

6/5/24, 12:56 PM                    Minerco, Inc. - The Magic Mushroom Company Is Now in Advanced Discussions with CBD Manufacturing White Label Company W...

Case 1:24-cv-01990-FMV Document 1-1 Filed 07/10/24 Page 37 of 55

Certain statements made in this press release constitute forward-looking statements that are based on management's expectations, estimates, projections and assumptions. Words such as "expects," "anticipates," "plans," "believes," "scheduled," "estimates" and variations of these words and similar expressions are intended to identify forward-looking statements. Forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, as amended. These statements are not guarantees of future performance and involve certain risks and uncertainties, which are difficult to predict. Therefore, actual future results and trends may differ materially from what is forecast in forward-looking statements due to a variety of factors. All forward-looking statements speak only as of the date of this press release and the company does not undertake any obligation to update or publicly release any revisions to forward-looking statements to reflect events, circumstances or changes in expectations after the date of this press release.

Investor relations
Miners@minercoinc.com (mailto:Miners@minercoinc.com)
Twitter @minercoinc



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/69630 (https://www.newsfilecorp.com/redirect/aZ7jfq7Oe? r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzY4MDQvTWluZXJjby1JbmMuJnBTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco, Inc. "The Magic Mushroom" Creates Blockchain Token SHRU for Shroom Investment

## October 22, 2020 8:00 AM EDT | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Ann Arbor, Michigan--(Newsfile Corp. - October 22, 2020) - Minerco, Inc. (OTC PINK: MINE) an emerging psilocybin or "Magic" Mushroom Company focused on the research, production and distribution of psilocybin mushrooms, announced today they have developed a Shroom block chain token to raise capital additional for there Jamaica project.

This is an exciting development for us to be one the first companies to own a token focused on psilocybin investments. Being at the forefront of an industry and a first mover advantage for our company," stated Julius Jenge, Chief Executive Officer of Minerco, Inc. Our commitment to research, production and distribution of psilocybin mushrooms, is now a reality.

Minerco's SHRU coin which host on the etherium network can be poised to help investors globally Gain access to this industry.

About Minerco, In. (OTC PINK: MINE)

Minerco, Inc. (OTC PINK: MINE), was recently acquired by a psilocybin research and investment firm and is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms.

Minerco, Inc. Forward-Looking Statements

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Contact Information:

Minerco, Inc.
Investor Relations
julius@minercoinc.com (mailto:julius@minercoinc.com)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/66614 (https://www.newsfilecorp.com/redirect/zoe5uPGpQ?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9yZWxlYXNlLzY4MDQvTWluZXJjby1JbmMuMuJnBnPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Minerco, Inc., the Magic Mushroom Company Updates Financials to PINK Current. Searches for Domestic Home in Ann Arbor, Michigan

**October 07, 2020 11:27 AM EDT | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)**

Ann Arbor, Michigan--(Newsfile Corp. - October 7, 2020) - Minerco, Inc. (OTC Pink: MINE) an emerging psilocybin or "magic" mushroom company focused on the research, production and distribution of psilocybin mushrooms, announced today, the Company is PINK current and looking to open facility in Ann Arbor, Michigan. MINE is now poised to take advantage of the Midwest market.

"This is an exciting development for us to be one of the the first companies to open a facility in the Midwest. Magic mushrooms can heal so many people and provide a first mover advantage for our company," stated Julius Jenge, Chief Executive Officer of Minerco, Inc. "Our commitment to research, production and distribution of psilocybin mushrooms, is now a reality. Minerco can be poised to help PTSD and work closer with doctors in Ann Arbor. Michigan, being the second largest medical cannabis state in the USA, gives us an additional opportunity to thrive for our shareholders."

**About Minerco, Inc. (OTC Pink: MINE)**

Minerco, Inc. (OTC Pink: MINE), was recently acquired by a psilocybin research and investment firm and is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms.

**Minerco, Inc. Forward-Looking Statements**

This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

**Contact Information:**

Minerco, Inc.
Investor Relations
julius@minercoinc.com (mailto:julius@minercoinc.com)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/65435 (https://www.newsfilecorp.com/redirect/ZpZqCWgX?r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBnPTI=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

6/5/24, 12:57 PM    Minerco Inc. the Magic Mushroom Company Updates Financials to PINK Current. Searches for Domestic Home in Ann Arbor, Mi…

Case 1:24-cv-01930-TNM   Document 1-1   Filed 07/10/24   Page 40 of 55

# Minerco, Inc. to Build the Largest "Magic Mushroom" Operation in North America - Completes Deal for 12 Acre Parcel in Portland Jamaica

## January 24, 2020 8:00 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Kingston, Jamaica--(Newsfile Corp. - January 24, 2020) - **Minerco, Inc.** (OTC Pink: MINE) ("Minerco" or the "Company") an emerging psilocybin or "Magic" Mushroom Company focused on the research, production and distribution of psilocybin mushrooms, announced today the Company has completed a deal for a twelve (12) acre parcel, located in Portland, Jamaica.

This twelve-acre parcel (https://www.newsfilecorp.com/redirect/G5rghLK1?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBhPTI=) will allow the Company to create and build the largest "magic mushroom" operation in North America. This facility could produce upwards of 10,000 kilos annually for export to licensed countries throughout the world.

"We are truly now, beginning to dig in," stated Julius Jenge, Chief Executive Officer of Minerco, Inc. Our commitment to research, production and distribution of psilocybin mushrooms, is now a reality, effective January 17th, 2020, when we acquired the Portland Jamaica property (https://www.newsfilecorp.com/redirect/QRkqfxoD?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBhPTI=). We now have a very solid plan in place, and we anticipate great things coming to fruition."

**About Minerco, Inc.** (OTC Pink: **MINE**)
Minerco, Inc. (OTC Pink: **MINE**), was recently acquired by a psilocybin research and investment firm and is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms.

**Minerco, Inc. Forward-Looking Statements**
*This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

Contact Information:
Minerco, Inc.
Investor Relations
844-565-5665

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/51788
(https://www.newsfilecorp.com/redirect/mXv2T2qr?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBhPTI=)

Case 1:24-cv-01996-TNM   Document 2-1   Filed 07/10/24   Page 42 of 55

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

# Investment Firm Acquires Minerco, Announces Launch of Psilicybin, "Magic Mushroom" Business Model

## Company Headquarters to Be Relocated to the Island Nation of Jamaica

### January 16, 2020 9:40 AM EST | Source: Minerco, Inc. (/company/6804/Minerco-Inc.)

Kingston, Jamaica--(Newsfile Corp. - January 16, 2020) - **Minerco, Inc.** (OTC Pink: MINE) ("Minerco" or the "Company") announced today that the Company has been acquired by a specialized investment firm. The Company plans to immediately enter into the psilocybin "Magic Mushrooms" market, targeting the multibillion-dollar space in the research and development of potential psychiatric medicines, while relocating the Company's headquarters to Jamaica.

**M**ushrooms **I**nter**N**ational **E**nterprises or **MINE,** is positioned to become the world's first publicly traded company in the business of developing, marketing and distributing psilocybin mushrooms, also known as magic mushrooms or psychedelic mushrooms.

The Company anticipates relocating its corporate offices to Jamaica, where the country does not have any laws labeling magic mushrooms as illicit drugs. In fact, Jamaica is at the forefront in furthering research into the healing powers of magic mushrooms and how they can be safely applied towards medicinal purposes. This, following the launch of the world's first magic mushroom research center, located at the University of the West Indies in Mona, Jamaica.

"With this acquisition, we look forward to research, growing and production of our psilocybin "magic mushroom". Our goal is to find the most effective strategies in producing and extracting the psilocybin from within the mushrooms," stated Julius Jenge, Chief Executive Officer of Minerco, Inc.

**About Minerco, Inc.** (OTC Pink: **MINE**)

Minerco, Inc. (OTC Pink: **MINE**), which was acquired by psilocybin research and investment firm Mushrooms International Enterprises, is emerging as the world's first publicly traded company focused on the research, production and distribution of psilocybin mushrooms.

**Minerco, Inc. Forward-Looking Statements**

*This press release contains statements that the Company believes to be "forward-looking statements" within the meaning of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. All statements other than historical facts, including, without limitation, statements regarding the investment offerings and the terms thereof, are forward-looking statements. When used in this press release, words such as we "expect", "intend", "plan", "estimate", "anticipate", "believe", "should", or the negative thereof or similar terminology are generally intended to identify forward-looking statements. Such forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in, or implied by, such statements. Investors should not place undue reliance upon forward-looking statements. The Company disclaims any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

Contact Information:

Minerco, Inc.

Investor Relations

844-565-5665

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/51524 (https://www.newsfilecorp.com/redirect/1AN7TgLr?
r=aHR0cHM6Ly93d3cubmV3c2ZpbGVjb3JwLmNvbS9jb21wYW55LzY4MDQvTWluZXJjby1JbmMuJnBTM=)

SOURCE: Minerco, Inc. (/company/6804/Minerco-Inc.)

**Minerco, Inc.**
**Consolidated Balance Sheets**
**(unaudited)**

|  | July 31, 2020 | July 31, 2019 |
|---|---|---|
| **ASSETS** | | |
| Cash | — | — |
| Current Assets | — | — |
| Other Assets | | |
| Property and Equipment, net | — | — |
| Goodwill | 1,408,500 | 1,408,500 |
| Intangible Assets, net | 274,298 | 281,306 |
| Total Assets | $ 1,682,798 | $ 1,689,806 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | |
| Current Liabilities | | |
| Accounts payable and accrued liabilities | $ 3,459,092 | $ 3,004,474 |
| Convertible debt, net unamortized discount $696,718 and $696,718 | 92,724 | 92,724 |
| Derivative liabilities | 1,115,528 | 1,115,528 |
| Short term Debt | 2,636,794 | 2,636,794 |
| Total Current Liabilities | 7,304,138 | 6,849,520 |
| | | |
| | | |
| Series A Convertible Preferred stock, $0.001 par value, 15,000,000 shares authorized, 1,000,000 outstanding at July 31, 2020 and at July 31, 2019 | 1,000 | 1,000 |
| Series B Convertible Preferred stock, $0.001 par value, 2,000,000 shares authorized, 472,070 outstanding at July 31, 2020 and at July 31, 2019 | 472 | 472 |
| Series C Convertible Preferred stock, $0.001 par value, 1,000,000 shares authorized, 336,543 outstanding at July 31, 2020 and at July 31, 2019 | 337 | 337 |
| Series D Convertible Preferred stock, $0.001 par value, 3,000,000 shares authorized, 750,000 and 0 outstanding at July 31, 2020 and at July 31, 2019 | 750 | 750 |
| Common stock, $0.001 par value, 20,000,000,000 and 10,000,000,000 shares authorized, 11,069,599,466 outstanding at July 31, 2020 and at July 31, 2019 | 11,069,600 | 10,069,600 |
| Additional paid-in capital | 21,300,657 | 22,200,657 |
| Accumulated deficit | (37,994,156) | (37,432,529) |
| Total Stockholders' Deficit | (5,621,340) | (5,159,714) |
| Total Liabilities and Stockholders' Deficit | 1,682,798 | 1,689,806 |

The accompanying notes are an integral part of these unaudited consolidated financial statements

**Minerco, Inc.**
**Consolidated Statements of Operations and Comprehensive Loss**
**(unaudited)**

| | Twelve months Ended July 31, 2020 | Twelve months Ended July 31, 2019 |
|---|---|---|
| Sales: | | |
| Products | $ — | $ — |
| Services | — | — |
| Total Sales | — | — |
| Cost of Goods Sold | — | — |
| Gross Profit | — | — |
| Selling and Marketing | — | — |
| General and Administrative | 7,008 | 315,569 |
| Total Operating Expenses | 7,008 | 315,569 |
| Net Gain/(Loss) from Operations | (7,008 ) | (315,569 ) |
| Other Income (Expenses): | | |
| Interest Expense, net | (300,000 | (300,000 |
| Gain/(Loss) on Derivative Liability | — | 1,207 |
| Gain/(Loss) on Debt for Equity Swap | — | — |
| Total Other Expenses | (300,000) | (298,793) |
| Net loss | (307,008 | (614,3624 |
| Preferred Stock Dividends | (254,619 | (254,619 |
| Net loss attributable to common shareholders | (561,627 ) | (868,981 ) |
| Net Loss Per Common Share – Basic and Diluted | $ (0.00 | $ (0.00 |
| Weighted Average Common Shares Outstanding | 10,495,828,974 | 8,406,585,767 |

The accompanying notes are an integral part of these unaudited consolidated financial statements

**Minerco, Inc.**
**Consolidated Statements of Cash Flows**
**(unaudited)**

| | Twelve months ended July 31, 2020 | | Twelve months ended July 31, 2019 | |
|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | |
| Net income (loss) for the period | $ | (561,627) | $ | (868,981) |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| Loss on debt for equity swap | | — | | — |
| Gain/(Loss) on derivative liability | | — | | 1,207 |
| Accretion Discount | | — | | 200,000 |
| Stock-based Compensation | | — | | — |
| Amortization and Depreciation | | 7,008 | | 3,010 |
| | | | | |
| **Changes in operating assets and liabilities:** | | | | |
| Accounts payable | | 554,619 | | 664,763 |
| Net Cash Used in Operating Activities | | — | | — |
| | | | | |
| Cash Flow from Investing Activities | | | | |
| | | — | | — |
| Net Cash Used in Investing Activities | | — | | — |
| | | | | |
| Cash Flows from Financing Activities | | | | |
| Net proceeds (payments) from line of credit | | — | | — |
| Net Cash Provided by Financing Activities | | — | | — |
| Net change in cash | | — | | — |
| Cash, Beginning of Period | | — | | — |
| Cash, End of Period | $ | — | $ | — |
| Supplemental disclosures of cash flow information | | | | |
| Cash paid for interest | $ | — | $ | — |
| Cash paid for income taxes | | — | | — |
| | | | | |
| Non Cash investing and Financing activities: | | | | |
| Dividend Declared | | 254,619 | | 254,619 |
| Debt and accrued interest converted into shares | | 100,000 | | 200,000 |

The accompanying notes are an integral part of these unaudited consolidated financial statements

**Minerco, Inc.**
**Consolidated Statements of Members' Deficit and Stockholders' Deficit**
**Twelve months Ended July 31, 2020**
**(unaudited)**

| | COMMON STOCK | | PREFERRED STOCK SERIES A | | PREFERRED STOCK SERIES B | | PREFERRED STOCK SERIES C | | SERIES D | | ADDITIONAL PAID-IN CAPITAL | ACCUMULATED DEFICIT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHARES | AMOUNT | SHARES | AMOUNT | SHARES | AMOUNT | SHARES | AMOUNT | SHARES | AMOUNT | | | |
| Balance, July 31, 2017 | 202,657,082 | $ 202,658 | 650,000 | $ 650 | 472,070 | $ 472 | 336,543 | 337 | — | $ — | $ — | (35,509,981) | $ (6,802,143) |
| Common Stock Issued for Debt Conversion | 7,796,360,192 | 7,796,360 | — | — | — | — | — | — | — | — | (5,371,029) | — | 1,818,671 |
| Stock in resolution of debt liabilities | 70,280,192 | 70,280 | — | — | — | — | — | — | — | — | (42,137) | — | 28,445 |
| Write off of derivative liability | — | — | — | — | — | — | — | — | — | — | 57,822 | — | 57,822 |
| Shares issued acquisition | 750,000,000 | 750,000 | — | — | — | — | — | — | — | — | 150,000 | — | 900,000 |
| Common exchanged for Preferred | (750,000,000) | (750,000) | — | — | — | — | — | — | 750,000 | 750 | 749,250 | — | |
| Debt exchanged for preferred | — | — | 350,000 | 350 | — | — | — | — | — | — | (41,971) | — | (40,621) |
| Net loss | — | — | — | — | — | — | — | — | — | — | — | (1,053,568) | (1,053,568) |
| Balance, July 31, 2018 | 8,069,599,466 | $ 8,069,600 | 1,000,000 | $ 1,000 | 472,070 | $ 472 | 336,543 | 337 | 750,000 | $ 750 | $ 24,000,657 | $ (36,563,548) | $ (6,707,565) |
| Common Shares Issued for Debt Conversion | 2,000,000,000 | 2,000,000 | — | — | — | — | — | — | — | — | (1,800,000) | — | 200,000 |
| Net loss | — | — | — | — | — | — | — | — | — | — | — | (868,981) | (868,981) |
| Balance, July 31, 2019 | 10,069,599,466 | 10,069,600 | 1,000,000 | $ 1,000 | 472,070 | $ 472 | 336,543 | 337 | 750,000 | 750 | $ 22,200,657 | $ (37,432,529) | $ (5,159,714) |
| Common Shares Issued for Debt Conversion | 1,000,000,000 | 1,000,000 | — | — | — | — | — | — | — | — | (900,000) | — | 100,000 |
| Net loss | — | — | — | — | — | — | — | — | — | — | — | (561,627) | (561,627) |
| Balance, July 31, 2020 | 11,069,599,466 | $ 11,069,600 | 1,000,000 | $ 1,000 | 472,070 | $ 472 | 336,543 | 337 | 750,000 | 750 | $ 21,300,657 | $ (37,994,156) | $ (5,621,340) |

**Minerco, Inc.**
**Consolidated Notes to the Financial Statements**
**(unaudited)**

## 1. Basis of Presentation

The accompanying unaudited interim financial statements of Minerco, Inc. ("Minerco" or the "Company"), have been prepared in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission (the "SEC"), and should be read in conjunction with the audited financial statements and notes thereto contained in Minerco's Annual Report. In the opinion of management, all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein.

## 2. Going Concern

These financial statements have been prepared on a going concern basis, which implies the Company will continue to realize its assets and discharge its liabilities in the normal course of business. During the twelve months ended July 31, 2020, the Company has an accumulated deficit of $37,994,156, net loss of $561,627 and no revenue. The continuation of the Company as a going concern is dependent upon the Company's continued financial support from its shareholders, the ability of the Company to obtain necessary equity financing to continue operations, and the attainment of profitable operations. These factors raise substantial doubt regarding the Company's ability to continue as a going concern. These financial statements do not include any adjustments to the recoverability and classification of recorded asset amounts and classification of liabilities that might be necessary should the Company be unable to continue as a going concern.

The Company intends to fund operations through revenue from operations and equity and debt financing arrangements, which may be insufficient to fund its capital expenditures, working capital and other cash requirements for the year ending July 31, 2021.

## 3. Intangible Assets

Finite lived Intangible Assets, net, at July 31, 2020 and July 31, 2019 consists of:

|  | July 31, 2020 | July 31, 2019 |
|---|---|---|
| VitaminFizz Name Licensing Rights | $   30,000 | $   30,000 |
| VitaminFizz Brand Purchase | 285,874 | 285,874 |
| Vitamin Creamer | — | — |
| Less accumulated amortization | (41,576) | (34,568) |
| Intangible Assets, net | $   274,298 | $   281,306 |

The Company had amortization expense of $7,008 during the twelve months ended July 31, 2020 and 2019, respectively.

## 4. Fair Value of Financial Instruments

ASC 820, "Fair Value Measurements", requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. ASC 820 establishes a fair value hierarchy based on the level of independent, objective evidence surrounding the inputs used to measure fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. ASC 820 prioritizes the inputs into three levels that may be used to measure fair value:

Level 1 applies to assets or liabilities for which there are quoted prices in active markets for identical assets or liabilities.

Level 2 applies to assets or liabilities for which there are inputs other than quoted prices that are observable for the asset or liability such as quoted prices for similar assets or liabilities in active markets; quoted prices for identical assets or liabilities in markets with insufficient volume or infrequent transactions (less active markets); or model-derived valuations in which significant inputs are observable or can be derived principally from, or corroborated by, observable market data.

Level 3 applies to assets or liabilities for which there are unobservable inputs to the valuation methodology that are significant to the measurement of the fair value of the assets or liabilities.

The Company's financial instruments consist principally of cash, accounts payable and accrued liabilities, and due to related party. Pursuant to ASC 820, the fair value of the Company's cash equivalents is determined based on "Level 1" inputs, which consist of quoted prices in active markets for identical assets. The Company believes that the recorded values of all of the other financial instruments approximate their current fair values because of their nature and respective maturity dates or durations.

The following table sets forth by level with the fair value hierarchy the Company's financial assets and liabilities measured at fair value on July 31, 2020.

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Assets | $ — | $ — | $ — | $ — |
| Liabilities |  |  |  |  |
| Derivative Financial Instruments | $ — | $ — | $ 1,115,528 | $ 1,115,528 |

The following table sets forth by level with the fair value hierarchy the Company's financial assets and liabilities measured at fair value on July 31, 2019.

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Assets | $ — | $ — | $ — | $ — |
| Liabilities |  |  |  |  |
| Derivative Financial Instruments | $ — | $ — | $ 1,115,528 | $ 1,115,528 |

## 5. Convertible note payable and derivative liabilities

The total principal due at July 31, 2020 was $589,441 with an unamortized discount of $496,718 resulting in a balance of $92,723 at July 31, 2020. The Company had conversions of $0 in principal and $0 in accrued interest during the three months ended July 31, 2020. Total principal due at July 31, 2019 is $589,441 with an unamortized discount of $496,718 with a resulting balance of $92,723.

Due to their being no explicit limit to the number of shares to be delivered upon settlement of the above conversion options embedded in the Convertible Promissory Notes, the options are classified as derivative liabilities and recorded at fair value.

Derivative Liability:

As of July 31, 2020, the fair values of the conversion options on the convertible notes were determined to be $1,115,528 using a Black-Scholes option-pricing model. Upon the issuance dates of the Convertible Promissory Notes, $0 was recorded as debt discount and $0 was recorded as day one loss on derivative liability. During the three months ended July 31, 2020, there was a loss on mark-to-market of the conversion options of $0. As of July 31, 2020 and July 31, 2019, the aggregate unamortized discount is $496,718. During the three months ended July 31, 2020, the gain on derivative liability was $0.

The following table summarizes the derivative liabilities included in the consolidated balance sheet at July 31, 2020:

| | |
|---|---|
| Balance at July 31, 2019 | $ 1,115,528 |
| Debt discount | - |
| Day one loss on fair value | - |
| Gain on change in fair value | - |
| Write off due to Conversion | - |
| Balance at July 31, 2020 | $ 1,115,528 |

During the three months ended July 31, 2020, the Company recorded amortization of debt discount of $0.

## 6. Debt

### Short Term Debt - Minerco Line of Credit

On May 1, 2014, the Company entered into an Agreement (the "Line of Credit") with Post Oak, LLC ("Post Oak"), where, among other things, the Company and Lender entered into a Line of Credit Financing Agreement in the principal amount of up to Two Million Dollars ($2,000,000), or such lesser amount as may be borrowed by the Company as advances under this line of credit (the "Line of Credit"). On April 1, 2015, the

Company increased the line of credit to Three Million Dollars ($3,000,000). As of July 31, 2020 and July 5, 2009, the Company had 1,551,936 outstanding under the line of credit.

## 7. Common Stock

On August 1, 2017, the Company issued 750,000,000 shares of common stock pursuant to the stock purchase agreement of Fuse Live Events, Inc.

During the twelve months ended July 31, 2018, the Company issued, 70,582,192 common shares for the conversion of $28,445 convertible promissory notes and accrued interest.  These notes converted at conversion rates between $0.00035 and $0.0005.

During the twelve months ended July 31, 2018, the Company converted $354,954 of principal and interest of the line of credit into 5,306,471,304 shares of common stock and recorded a loss of $1,239,677 due to the difference between the fair market value of $1,564,298 and the note and interest converted to settle the debt respectively.

During the twelve months ended July 31, 2018, the Company settled $233,060 of principal and interest of 3a10 debt through the issuance of 2,489,888,8888 shares of common stock.

During the twelve months ended July 31, 2018, the Company issued 750,000 shares of Series D Preferred in exchange for the return of 750,000,000 shares of common stock to treasury.

During the twelve months ended July 31, 2019, the Company issued, 2,000,000,000 common shares for the conversion of $200,000 convertible promissory notes and accrued interest.  These notes converted at conversion rates of $0.0001.

There were 1,000,000,000 shares issued during the twelve months ended July 31, 2020.

## 8. Preferred Stock

The preferred stock may be divided into and issued in series. The Board of Directors of the Company is authorized to divide the authorized shares of preferred stock into one or more series, each of which shall be so designated as to distinguish the shares thereof from the shares of all other series and classes.

On January 11, 2011, the Company authorized 25,000,000 shares of unclassified preferred stock.

Class A Convertible Preferred Stock

On January 11, 2011, the Company designated 15,000,000 shares of its preferred stock as Class A Convertible Preferred Stock ("Class A Stock"). Each share of Class A Stock is convertible into 10 shares of common stock, has 100 votes, has no dividend rights except as may be declared by the Board of Directors, and has a liquidation preference of $1.00 per share.

Class B Convertible Preferred Stock

Dividends

The Series B Shares accrue dividends at the rate per annum equal to 8% of the Stated Value which initially is ten dollars per share payable in cash; provided that after an initial public offering of the Company's common stock the dividends may be paid at the option of the Company in cash or additional shares of common stock.

*Conversion*

Each Series B Share (together with any accrued but unpaid dividends thereon) is convertible into shares of Common Stock at the option of the holder at any time at a conversion price per share equal to the sum of the Stated Value a divided by the Conversion Price, subject to adjustment as described below. The initial Conversion Price is equal to $0.02.  The Series B Shares automatically convert to common stock immediately prior to the closing of a firmly underwritten public offering for gross offering proceeds of at least $10,000,000 or upon the consent of two-thirds of the holders of Series B Shares.

*Redemption*

The Company has the right to redeem the Series B Shares at any time at a price per share equal to the Stated Value multiplied by 125%.

*Liquidation*

In the event of a liquidation, dissolution or winding up of the Company and other Liquidation Events as defined in the Certificate of Designations, holders of Series B Shares are entitled to receive from proceeds remaining after distribution to the Company's creditors and prior to the distribution to holders of Common Stock but junior to the Series A Preferred Stock the (x) Stated Value (as adjusted for any stock splits, stock dividends, reorganizations, recapitalizations and the like) held by such holder and (y) all accrued but unpaid dividends on such shares.

### *Anti-Dilution*

The Series B Shares are entitled to weighted average anti-dilution protection under certain circumstances specified in the Certificate of Designations.

### *Voting*

Except as otherwise required by law and except as set forth below, holders of Series B Shares will, on an as-converted basis, vote together with the Common Stock as a single class.  Each holder of Series B Shares is entitled to cast the number of votes equal to five times the number of shares of Common Stock into which such shares of Series B Shares could be converted at the record date for determining stockholders entitled to vote at the meeting.

On September 10, 2014, the Company issued 500,000 Class B convertible preferred shares to V. Scott Vanis ("Vanis"), its Chief Executive Officer valued at $0.62 or $1,550,000. The Company recognized this as compensation and will amortize this over the vesting period which is July 31, 2017. On January 7, 2015, the Company entered into an exchange agreement with Vanis, where, among other things, the Company and Vanis exchange Vanis' five hundred thousand (500,000) shares of the Company's Class 'B' Preferred stock and all accrued and unpaid dividends for two hundred fifty thousand (250,000) shares of the Company's Class 'C' Preferred stock.

### Class C Convertible Preferred Stock

On January 7, 2015, the Company filed a Certificate of Designations for the creation of a class of Series C Preferred Stock with the Nevada Secretary of State.  The number of shares constituting Series C Preferred is 1,000,000.  The stated value is $20.00 per share. The holders of the Series C Preferred are also entitled to a liquidation preference equal to the stated value plus all accrued and unpaid dividends. Each share of Series C Preferred is convertible into 1,000 shares of common stock; however the conversion price is subject to adjustment. Holders of shares of Series C Preferred vote together with the common stock as a single class and each holder of Series C Preferred is entitled to 5 votes for each share of Common Stock into which such shares of Series C Preferred held by them could be converted. The Company has the right to redeem the shares of Series C Preferred at any time after the date of issuance at a per share price equal to 125% of the stated value.

### Class D Convertible Preferred Stock

On July 7, 2017, the Company filed a Certificate of Designations for the creation of a class of Series D Preferred Stock with the Nevada Secretary of State.  The number of shares constituting Series D Preferred is 3,000,000.  The stated value is $1.00 per share.  The holders of the Series D Preferred are also entitled to a liquidation preference equal to the stated value plus all accrued and unpaid dividends. Each share of Series D Preferred is convertible into 1,000 shares of common stock; however the conversion price is subject to adjustment. Holders of shares of Series D Preferred vote together with the common stock as a single class and each holder of Series D Preferred is entitled to 1.5 votes for each share of Common Stock into which such shares of Series D Preferred held by them could be converted. The Company has the right to redeem the shares of Series D Preferred at any time after the date of issuance at a per share price equal to 125% of the stated value.

During the twelve months ended July 31, 2018, the Company had accrued preferred dividends of $254,619.

On April 3, 2017, the Company entered into an Exchange Agreement with the former Chief Financial Officer and former member of the Board of Directors, who resigned on March 31, 2017, where, among other things, the Company and the former CFO exchanged his Two Hundred Fifty-Thousand shares of Class C Preferred Stock for amendment and restatement of his five (5) Convertible Promissory Notes.  They are in the amounts of $52,500 dated July 31, 2016, $37,500 dated July 31, 2016, $37,500 dated July 31, 2017, $37,500 dated July 31, 2017 and $25,000 dated March 31, 2017.

On July 3, 2017, the Company entered into an Exchange Agreement with our Chief Executive Officer and Chairman of the Board of Directors, where, among other things, the Company and our CEO exchanged Vanis' accrued salary, for fiscal year 2017 (August 1, 2017 through July 31, 2018), in amount of Two Hundred and Twenty-Five Thousand Dollars and 00/100 Cents ($225,000.00), One Hundred Twelve Thousand Five Hundred Twenty-Six (112,526) shares the Company's Preferred Class 'B' Stock AND Two Hundred and Fifty Thousand (250,000) shares of the Company's Preferred Class 'C' Stock for Five Hundred Thousand Shares (500,000) of the Company's Preferred Class 'A' Stock.

On July 13, 2017, with an effective date of July 7, 2017, the Company filed a Certificate of Amendment with the Secretary of State of Nevada to increase its authorized common stock to 5,000,000,000, reduce its Class A Preferred Stock to authorized to 3,000,000, amend the Voting Rights of the Class A Preferred Stock to 10,000 to 1 and create a Class D Preferred Stock with an authorized of 3,000,000.

On March 9, 2018, the Company exchanged 750,000,000 shares of its common stock for 750,000 Shares of its Convertible Series Preferred Stock.

## 9. Related Parties

As of July 31, 2020, the Company owes its current Chief Executive Officer $0 ($0 – July 31, 2019) and $0 ($0 – July 31, 2019) for advances made to the Company.

On July 31, 2016, the Company entered into a Convertible Promissory Note with its former Chief Executive Officer in the amount of $407,661 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2016, the Company entered into a Convertible Promissory Note with its former Chief Financial Officer in the amount of $52,500 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2016, the Company entered into a Convertible Promissory Note with its former Chief Executive Officer in the amount of $56,250 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2016, the Company entered into a Convertible Promissory Note with its former Chief Financial Officer in the amount of $37,500 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2017, the Company entered into a Convertible Promissory Note with its former Chief Financial Officer in the amount of $37,500 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2017, the Company entered into a Convertible Promissory Note with its former Chief Financial Officer in the amount of $37,500 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On March 31, 2017, the Company entered into a Convertible Promissory Note with its former Chief Financial Officer in the amount of $25,000 for salary accrued. The notes carry an interest rate of 5%. The note is convertible at the lower of a variable conversion price of 50% of the market price and calculated using the lowest trading days during the preceding 5 days before conversion or $0.015. On April 3, 2017, the Company restated the conversion price to the lower of the lowest trading days during the preceding 5 days before conversion or $0.0005.

On July 31, 2018, the Company's Chief Executive Officer forgave his accrued salary of $225,000 in exchange for 350,000 shares of the Company's Series A Preferred Stock.

AFFIDAVIT

I, Julius Jenge, do solemnly affirm and declare as follows:

1. I am the undersigned, Julius Jenge, and I hereby confirm that I served as the CEO and owner of Minerco Inc during the period mentioned in this affidavit.
2. My educational qualifications include a Bachelor's degree in Accounting and an MBA in Marketing.
3. As CEO of Minerco Inc, my primary focus was to steer the company towards healthcare and psychedelic healing, particularly in addressing mental health issues.
4. My day-to-day responsibilities included managing relationships with OTC Markets, overseeing all interactions with CPAs, attorneys, and public relations, including the issuance of press releases. Additionally, I conducted numerous shareholder meetings to communicate our growth plans and progress.
5. I appointed Robert Shumake, Sabrina Taylor, Byron Beckwith, and Paul Holigan to assist in various capacities within Minerco Inc.
6. Robert Shumake served as consultant and investor, overseeing equipment, payroll, operations, marketing, and other business functions. He also helped to recruit other consultants. Independent contractors, employees
7. Byron Beckwith was hired as a plant manager to manage purchasing of equipment and lay out Ann Arbor. but resigned shortly after facilitating the procurement of equipment for our Ann Arbor location.
8. Paul Holigan was appointed President of the company based upon his knowledge of both healthcare and psychedelic therapy but was later terminated due to misrepresentation of relationships with other firms, specifically Lazarus, a Jamaican company.
9. Sabrina Taylor served as a marketing coordinator, assisting in various tasks, including booking Bobby Smurda for promotional activities.
10. Sam Messina acted as the CPA for the company since before my acquiring I kept him on to learn how to file quarterly and annuals from a securities standpoint and continued to do so throughout my ownership.
11. I acquired Minerco Inc from Scott Vanis and Milton Mccuri. However, upon taking ownership, I discovered several undisclosed debt holders, some of whom emerged as the company's market share grew.
12. Jameson holding was set up by me as resident agent not owner based upon Milton , Scotts colleague transferring ownership of debt owned by the company. I had zero ownership in the company.
13. Prior to acquisition of company the stock traded at .0005 within 12 months the stock grew I assume from many variables, a great business concept. old shareholders supporting the vision of healthcare and timing. All pressers and communications to the public were based upon things we did or were in the process of doing to grow the company.

14. Our Jamaica asset went from a solid development to bribery and extortion from a third world country after we negotiated a great price to build our farm. The price shifted after shareholder begin harrasing the property.

15. All the equipment mentioned In our pressers was purchased   Please more the sellers of equipment were also harassed.

16. My overarching goal for Minerco Inc was to create a healthcare and media conglomerate, fostering collaboration between the USA and Africa. Unfortunately, this vision was hindered by a combination of extortion.  corrupt shareholders who manipulated the stock, frequent hacking of the company website for stock manipulation, and undue influence exerted by certain shareholders ( prior to my purchase).

17. I hereby affirm that the statements made in this affidavit are true and accurate to the best of my knowledge and belief.

Signed:  s/Julius Jenge

The foregoing instrument was Acknowledged before me this 1st day of May, 2024 by Julius Jenge, in his individual capacity.

Notary Public:

My commission Expires: 08/09/2027

DANARD BAILEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Aug 9, 2027
ACTING IN COUNTY OF Wayne