IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JULIUS JENGE AND MINERCO, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SECURITIES & EXCHANGE COMMISSION, <br><br> Defendant. | Case No. 1:24-cv-01996-TNM |

## NOTICE OF VOLUNTARILY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Julius Jenge and Minerco, Inc. hereby voluntarily dismiss this action with Prejudice.

DATE: 9-3-24

/s/ Julius Jenge

*Pro Se* on behalf of Plaintiffs

RECEIVED

SEP 0 3 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia